1  GREGORY E. SCHOPF (State Bar No. 122862)
2  gschopf@nixonpeabody.com
   SCOTT S. SHEPARDSON (State Bar No. 197446)
3  sshepardson @nixonpeabody.com
   NIXON PEABODY LLP
4  One Embarcadero Center, 18th Floor
5  San Francisco, CA 94111
   Telephone:  415-984-8200
6  Facsimile:  415-984-8300
7
   Attorneys for Defendant
8  AMCO INSURANCE COMPANY
9
10                UNITED STATES DISTRICT COURT
11                EASTERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  JON'S HOME FURNISHERS, INC., a California Corporation DBA JON'S FURNITURE, <br><br> Plaintiff, <br><br> vs. <br><br> AMCO INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 2:14-cv-01342-MCE-DAD <br><br> **STIPULATION TO EXTEND THE FACT DISCOVERY CUTOFF** |

22       **IT IS HEREBY STIPULATED AND AGREED** by and between the
23  attorneys for the parties in this matter that the deadline to complete factual
24  discovery, which was previously ordered to be completed by July 2, 2015, shall be
25  extended to August 10, 2015.  No prior extensions of time have been made.
26  ///
27  ///
28
                                              1

1  Accordingly, upon approval by the Court, all discovery, with the exception of expert
2  discovery, shall be completed by August 10, 2015.
3  IT IS SO STIPULATED
4  Dated:  May 6, 2015                                                NIXON PEABODY LLP

6                                                                                    By: /s/ Scott S. Shepardson
                                                                                     Gregory E. Schopf
7                                                                                    Scott S. Shepardson
                                                                                     Attorneys for Defendant
8                                                                                    AMCO Insurance Company

9                                                                                    NIXON PEABODY, LLP
                                                                                     1 Embarcadero Center, Ste. 1800
                                                                                     San Francisco, CA 94111
10                                                                                   Tele. (415) 984-8200
                                                                                     Fax (866) 542-6538
11
12  Dated:  May 6, 2015                                              RADOSLOVICH PARKER, PC

13                                                                                   By: /s/ James R. Ling
                                                                                     James R. Ling
14                                                                                   Attorneys for Plaintiff
                                                                                     Jon's Home Furnishers, Inc.
15
16                                                                                   RADOSLOVICH PARKER, PC
                                                                                     701 University Ave., Suite 100
                                                                                     Sacramento, CA 95825
17                                                                                   Tele. (916) 565-8161
                                                                                     Fax (916) 565-8170
18

### ORDER

Pursuant to the parties' stipulation, the deadline to complete factual discovery is extended to August 10, 2015.

IT IS SO ORDERED.

Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT