GREGORY E. SCHOPF (State Bar No. 122862)
gschopf@nixonpeabody.com
SCOTT S. SHEPARDSON (State Bar No. 197446)
sshepardson @nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone:  415-984-8200
Facsimile:  415-984-8300

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON'S HOME FURNISHERS, INC., a California Corporation DBA JON'S FURNITURE,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:14-cv-01342-MCE-DAD<br><br>**STIPULATION TO EXTEND THE FACT DISCOVERY CUTOFF** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the parties in this matter that the deadline to complete factual discovery, which was previously ordered to be completed by August 10, 2015, shall be extended to September 25, 2015.  One prior extension of time with respect to fact discovery has been made.  The parties are continuing to cooperate in conducting and completing fact discovery.

1 Accordingly, upon approval by the Court, all discovery, with the exception of expert
2 discovery, shall be completed by September 25, 2015.
3 IT IS SO STIPULATED
4 Dated: July 21, 2015                                               NIXON PEABODY LLP

By: /s/ Scott S. Shepardson
Gregory E. Schopf
Scott S. Shepardson
Attorneys for Defendant
AMCO Insurance Company

NIXON PEABODY, LLP
1 Embarcadero Center, Ste. 1800
San Francisco, CA 94111
Tele. (415) 984-8200
Fax (866) 542-6538

Dated: July 21, 2015                                               RADOSLOVICH PARKER, PC

By: /s/ James R. Ling
James R. Ling
Attorneys for Plaintiff
Jon's Home Furnishers, Inc.

RADOSLOVICH PARKER, PC
701 University Ave., Suite 100
Sacramento, CA 95825
Tele. (916) 565-8161
Fax (916) 565-8170

**ORDER**

IT IS SO ORDERED.

Dated: July 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT