1  RADOSLOVICH | PARKER, PC
   Port J. Parker (SBN: 179256)
2  James R. Ling (SBN: 295618)
   701 University Avenue, Suite 100
3  Sacramento, CA 95825
   Telephone:  (916) 565-8161
4  Facsimile:  (916) 565-8170

5  Attorneys for Plaintiff,
   JON'S HOME FURNISHERS, INC.
6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 JON'S HOME FURNISHERS, INC., a          ) Case No.: **2:14–CV–01342–MCE–DAD**
   California Corporation DBA JON'S        )
12 FURNITURE,                              )
                                           ) **STIPULATION AND ORDER OF**
13         Plaintiff,                      ) **DISMISSAL OF ACTION WITH**
                                           ) **PREJUDICE**
14 v.                                      )
                                           )
15 AMCO INSURANCE COMPANY, a               )
   California Corporation; ALLIED          )
16 INSURANCE COMPANY, a California         )
   Corporation, and DOES 1 through 50,     )
17 inclusive,                              )
                                           )
18                                         )
           Defendants.                     )
19                                         )
                                           )
20 _____     )

21                          **STIPULATION**

22      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

23 Plaintiff Jon's Home Furnishers, Inc. and Defendants AMCO Insurance Company

24 and Allied Insurance Company, by and through their respective counsel, hereby

25 stipulate to dismissal of this entire action, with prejudice.  Each party shall bear its

26 own attorneys' fees and costs of litigation.

27

28

---

1

**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**

Dated: October 6, 2015                                  NIXON PEABODY LLP

                                                        By: /s/ Scott S. Shepardson
                                                        Gregory E. Schopf
                                                        Scott S. Shepardson
                                                        Attorneys for Defendants
                                                        AMCO Insurance Company and
                                                        Allied Insurance Company

                                                        NIXON PEABODY, LLP
                                                        1 Embarcadero Center, Ste. 1800
                                                        San Francisco, CA 94111
                                                        Tele. (415) 984-8200
                                                        Fax (866) 542-6538

Dated: October 6, 2015                                  RADOSLOVICH PARKER, PC

                                                        By: /s/ James R. Ling
                                                        James R. Ling
                                                        Attorneys for Plaintiff
                                                        Jon's Home Furnishers, Inc.

                                                        RADOSLOVICH PARKER, PC
                                                        701 University Ave., Suite 100
                                                        Sacramento, CA 95825
                                                        Tele. (916) 565-8161
                                                        Fax (916) 565-8170

## ORDER

Pursuant to the parties' Stipulation for voluntary dismissal of this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice. The parties are to bear their own costs and fees.

IT IS SO ORDERED.

Dated: October 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**